**FORM 9**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 08-62653 |
| | : | |
| Jeffrey Scott Moore | : | Chapter 7 |
| Kimberly Ardner Moore | : | |
| | : | Judge Hoffman |
| Debtor(s) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $8.09 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Electric Power<br>PO BOX 2021<br>Roanoke, VA 24022-2121 | 3 | $3.72 |
| Pickerington Utilities<br>100 Lockville Rd.<br>Pickerington, Ohio 43147 | 11 | $4.37 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $8.09 | $ |

Dated: July 28, 2010   Case Trustee:/s/Christal L. Caudill
                       Christal L. Caudill

                                              2130 Arlington Ave.
                                              Columbus, Ohio 43221

cc:

U.S. Trustee  
170 N. High St.  
Suite 200  
Columbus, Ohio 43215